Case 2:19-cv-06993-BMC-JO Document 27 Filed 07/06/20 Page 1 of 5 PageID #: 67

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 06 2020 ★
BROOKLYN OFFICE

All The "Person's" who violated my rights this includes individuals, loca Personally involved my rights

NASSAU Countie
C.O. Sailor
C.O Golden
Medical Staff
Sheriff Vera Fludd

1. <u>NASSAU Countie</u>: Failed to oversee the People who Caused the wrong, For example by hiring unqualified People or failing to adequately Train the Staff.
2. <u>C.O. Sailor</u>: Directly Participated in the wrong
3. <u>C.O. Golden</u>: Knew about the wrong but did not try to Stop or fix it; or failing to Oversee the People who Caused the wrong.
4. <u>Medical Staff</u>: Failed to oversee the People who Caused the wrong, for example by hiring unqualified People or failing to adequately train the staff Created a policy or Custom that allowed the wrong to Occour. knew about the wrong but did not try to stop or Fix it.
5. <u>Sheriff Fludd</u>: knew about the wrong but did not try to stop or fix it Failed to oversee the People who Caused the wrong For example by hiring unqualified

People or failing adequately train the Staff or Created a policy or Custom that allowed the wrong to occur.

The <u>medical staff</u>: Refusing to get help for a injured prisoner who asks for medical care (1) Employees of state or local prisons or Jails, like prison doctors and guards; and (2) Private parties who make contracts with the state to perform services. Corp. vs matesko 534 U.S. 61 72 n.5 122 S. Ct. 515 n.5 22 n.5. 151

I was deprived of Right. to Be Safe To get medical Att. negligently (carelessly)

I makell, ask the warden to Look at my case and to Supen the C.O.'s For this.

Hello: The Jail law library was unfairly Restricted to me when i was doing my case work for this claim, I Really wanted to get into the library so i can pull up more cases, The denial of access hurt me i was not giving the tools for a legal argument, I was try to Research my case and other cases that where like mine, I tried over 10 times i cwld not get all my informations it was impossible!.

I would Like to thank you Sir For your Time I know your Busser

from Makell, J

Hello: The Jail Law library was unfairly Restricted to me when i was Doing my Case work for this Clam, I Really wanted to get into the Library so i can pull up more Cases, the denial of Access hurt me, i was not giving the Tools For a Legal argument, I was Trying to Reseach my Case and other Cases that where Like mine, I Tried Over 10 Times i Could not get all my informattions it was inpossible!.

I would Like to Thank you for your Time i know your Bussesey

Makell, Jermaine
V.C.B.C.
4. Halleck Street
Bronx N.Y. 10974
Din:441200202
IAA

7011 0470 0002 6563 6525

CoGan
Cogan District Judge

Clerk of District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201