FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JUL 06 2020 ★
Seen by the Pro Se Office 7/6/2020- KC
BROOKLYN OFFICE

All the "Person's" who violated my rights this includes individuals, loca. Personally involved my right's

Nassau Countie
C.O. Sailor
C.O. Golden
Medical Staff
Sheriff Vera Fludd

1. Nassau Countie: Failed to oversee the People who caused the wrong, For example by hiring unqualified People or failing to adequately train the staff.
2. C.O. Sailor: Directly Participated in the wrong
3. C.O. Golden: Knew about the wrong but did not try to stop or fix it; or failing to oversee the People who caused the wrong.
4. Medical Staff: Failed to oversee the People who caused the wrong, for example by hiring unqualified People or failing to adequately train the staff. Created a policy or custom that allowed the wrong to occour. knew about the wrong but did not try to stop or fix it.
5. Sheriff Fludd: knew about the wrong but did not try to stop or fix it Failed to oversee the People who caused the wrong For example by hiring unqualified

People or failing adequately train the staff or created a policy or custom that allowed the wrong to occur.

The medical staff: Refusing to get help for a injured prisoner who asks for medical care (1) Employees of state or local prisons or Jails, like prison doctors and guards; and (2) Private parties who make contracts with the state to perform services. Corp. vs Malesko 534 U.S. 61 72 n.5 122 S. CT. 515 n.5 22 n.5. 151

I was deprived of Right to be safe to get medical AH negligently (carelessly).

I makell, ask the warden to look at my case and to Supen the C.O.'s for this.

From Makell, J

Hello: The Jail Law library was unfairly Restricted to me when i was Doing my Case work for this Claim, I really wanted to get into the Library So i Can pull up more Cases, The denial of Access hurt me, i was not giving the Tools For a Legal argument, I was Trying to Reseach my Case and other Cases that where Like mine, I Tried Over 10 Times i Could not get all my informations it was impossible!.

I would Like to Thank you for your Time i know your Bussesy



Mike U Jermaine
4412002202
7 Halleck Street
Bronx, NY 10474

Hon. James Orenstein
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201