# The Law Office of Bryan J. Swerling, P.C.

February 12, 2021

*Sent via USPS Priority Mail 9405 5116 9900 0708 0553 29*

United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    **Makell v. City of Nassau, et al.**
              **19-CV-6993 (BMC) (JO)**

Dear Sir/Madam:

By order issued on February 9, 2021, Judge Cogan ordered the undersigned to pay as a sanction the sum of $400.00 to the Clerk of the Court by February 16, 2021 in connection with the above referenced matter. A printout of the docket highlighting the order is annexed hereto.

Please find a check made payable to the "Clerk of the Court" in the amount of $400.00 pursuant to the Court's directive.

Feel free to contact the undersigned should you require anything further.

Yours truly,

Bryan J. Swerling

Encl.

*Also filed via CM/ECF without attachments*

IFP,PROSE

# U.S. District Court
# Eastern District of New York (Central Islip)
# CIVIL DOCKET FOR CASE #: 2:19-cv-06993-BMC

Makell v. Sheriff Ms Vera Fludd et. al et al  
Assigned to: Judge Brian M. Cogan  
Cause: 42:1983 Prisoner Civil Rights

Date Filed: 12/12/2019  
Jury Demand: Plaintiff  
Nature of Suit: 550 Prisoner: Civil Rights  
Jurisdiction: Federal Question

**Plaintiff**

**Jermaine Makell**  
# 2019005301  
Inc.# 01010185; CC# 19005301  
Nassau County Correctional Center  
100 Carman Avenue  
East Meadow, NY 11554  
*Inc# 01010185 CC# 19005301*

represented by **Bryan Joshua Swerling**  
Law Offices of Bryan J. Swerling  
150 Broadway  
14th Floor  
New York, NY 10038  
212-571-5757  
Fax: 646-390-0668  
Email: bswerling@swerlinglaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Sheriff Ms Vera Fludd et. al**  
*TERMINATED: 01/23/2020*

**Defendant**

**Vera Fludd**  
*Sheriff of Nassau County Jail et al*  
*TERMINATED: 01/23/2020*

**Defendant**

**NU Health Medical Care et Al**  
*TERMINATED: 01/23/2020*

**Defendant**

**Doctors of NU Health of NCCC et Al**  
*Doctors of my case at NCCC*  
*TERMINATED: 01/23/2020*

**Defendant**

**NU Health Physicians At NCCC et Al**

| | | |
|---|---|---|
| | | counsel in the amount of $400, payable to the Clerk within 7 days, with proof of service filed on the docket, failing which additional sanctions will be imposed. See transcript for details. (Court Reporter: Denise Parisi). (Weisberg, Peggy) (Entered: 02/09/2021) |
| 02/09/2021 | 46 | First MOTION to Adjourn Conference *and re: Order of 2/9/2021* by Jermaine Makell. (Swerling, Bryan) (Entered: 02/09/2021) |
| 02/10/2021 | | ORDER re: 46 . A telephonic status conference is scheduled for 2/18/2021 at 2:30 PM. Parties will use the toll-free number 888-684-8852, access code 6427877# and security code 6993#. However, this does not relieve counsel of the obligation to pay the sanction on the terms imposed by the Court. In addition, counsel is required to obtain and review a copy of the transcript of yesterday's ruling prior to the status conference. Ordered by Judge Brian M. Cogan on 2/10/2021. (Weisberg, Peggy) (Entered: 02/10/2021) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 02/12/2021 11:57:25 | | | |
| PACER Login: | ripgajjar | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:19-cv-06993-BMC |
| Billable Pages: | 7 | Cost: | 0.70 |